COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       DJ Christopher Lowe v. The State of Texas

Appellate case number:    01-14-00158-CR

Trial court case number:   10-DCR-055397

Trial court:                400th Judicial District Court of Fort Bend County

On June 2, 2015, this Court's Order of Abatement abated this case for the trial court to hold a hearing unless appellant's court-appointed counsel, Mark W. Racer, filed a motion to withdraw and *Kelly* notice, as required to accompany his *Anders* brief, within 10 days of the date of that Order with the Clerk of this Court. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967); *Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014) (requiring appointed counsel to provide notification to his client of his motion to withdraw and *Anders* brief along with informing him, among other things, of his right to request a copy of the record to file a *pro se* response and providing a form motion). On June 4, 2015, counsel filed a cover letter, dated June 2, 2015, stating that he had sent a copy of the appellate records to appellant with the same cover letter that he had sent to appellant, dated November 20, 2014, and which was attached to the end of his *Anders* brief. Although counsel's November 20, 2014 letter to appellant stated that a motion to withdraw was enclosed to the appellant and sent to this Court, **counsel has not, however, filed that motion to withdraw with this Court**. Furthermore, counsel has also failed to comply with this Court's Order of Abatement because he has not filed a motion requesting that we withdraw that Order and reinstate this appeal.

Accordingly, we **ORDER** appellant's counsel, Mark W. Racer, to file **with the Clerk of this Court a motion to withdraw**, as well as a separate motion to reinstate this appeal, **within 10 days of the date of this order**. *See* TEX. R. APP. P. 6.5, 9.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                        ☒ Acting individually
Date: June 25, 2015